JILL WILLIAMS – State Bar No. 221793
STEVEN J. ROTHANS – State Bar No. 106579
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 [Fax]
jwilliams@crdlaw.com / srothans@crdlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYLES RAMSEY,<br><br>       Plaintiff,<br><br>    vs.<br><br>CITY OF SANTA ANA; PETER BEAUMARCHIAS; JEREMY REGUERIN; RONALD SANDOVAL; CHRISTOPHER SHYNN; AND PETER THAI<br><br>       Defendants. | Case No.: 8:21-cv-00825-JLS-KES<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES, INCLUDING TRIAL**<br><br>Trial:<br>September 12, 2023 |

   PLEASE TAKE NOTICE that the parties have reached a conditional settlement of this entire civil action, subject to the approval of the City Council of the City of Santa Ana.  The conditional settlement is scheduled for consideration in closed session on September 18, 2023.  Provided that the settlement is approved, the defendants expect that it will take approximately 45 days to issue a settlement check and file a stipulation to dismiss.

In light of the conditional settlement, the parties jointly request that the Court vacate all dates, including trial, which is scheduled to begin on September 12, 2023.

DATED: August 25, 2023      LAW OFFICES OF ELLIOTT N. TIOMKIN

/s/ Elliott N. Tiomkin
By: _____
Elliott N. Tiomkin
Attorneys for Plaintiff

DATED: August 25, 2023      CARPENTER, ROTHANS & DUMONT LLP

/s/ STEVEN J. ROTHANS
By: _____
Jill Williams
Steven J. Rothans
Attorneys for Defendants