# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYLES RAMSEY<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF SANTA ANA; PETER BEAUMARCHIAS; JEREMY REGUERIN; RONALD SANDOVAL; CHRISTOPHER SHYNN; AND PETER THAI<br><br>            Defendants. | Case No.: 8:21-cv-00825-JLS-KES<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: October 25, 2023

JOSEPHINE L. STATON
Honorable Josephine L. Staton
United States District Judge